UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNIVISION OF PUERTO RICO REAL ESTATE COMPANY, LLC , <br><br> Petitioner, <br><br> v. <br><br> LIBERMAN MEDIA GROUP, LLC , <br><br> Respondent. | CONFIRMATION OF ARBITRAL AWARD <br><br> Case No. 3:26-cv-01234 |

**PETITIONER'S MOTION TO RESTRICT DOCUMENTS**

TO THE HONORABLE COURT:

Petitioner Univision of Puerto Rico Real Estate Company, LLC ("UPRREC"), by and through undersigned counsel, respectfully moves this Court for an Order restricting the pleadings and exhibits filed in this proceeding as set forth below.

1. This proceeding was commenced by UPRREC pursuant to 9 U.S.C. § 9 of the Federal Arbitration Act to confirm an interim arbitration award issued in American Arbitration Association Case No. 01-26-0000-5872.

2. The pleadings and exhibits filed in this proceeding contain terms of the Sublease which per its terms are confidential. Dkt Entry 1-7, Article XXIX, Section 10.

3. Petitioner requests that this Honorable Court restrict public access to the filings and exhibits filed in this proceeding, identified as Docket Entry No(s). 1; and those designated by the Court or properly marked by the parties as such.

**WHEREFORE**, Petitioner UPRREC respectfully requests that this Honorable Court grant the relief set forth herein on paragraph 3.

In San Juan, Puerto Rico, this 22nd day of April, 2026.

I hereby certify that the instant motion has been filed using the Court's CM/ECF Service, which will serve notice on all counsel of record.

RESPECTFULLY SUBMITTED.

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**
*Counsel for Univision of Puerto Rico Real Estate Company, LLC*
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico  00918
Telephone: (787) 274-1212/ Fax:  (787) 274-1470

s/ *Oreste R. Ramos*
Oreste R. Ramos
USDC No. 216801
oramos@pmalaw.com

s/ *Mariana L. García-Velazquez*
Mariana    L.    García-Velazquez
USDC No. 309611
mgarcia@pmalaw.com